UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **NICHIA CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**VIVIDGRO, INC. and LIGHTING SCIENCE GROUP CORP.,**<br><br>Defendants. | Case No. 6:19-cv-1334-RBD-EJK |

**DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**

**TABLE OF CONTENTS**

I.   Introduction ................................................................................................................ 1

II.  Claim Construction.................................................................................................... 1

     A.   "a [first/second] electrode being arranged on the [first/second] conductive
          type semiconductor layer" Sano '057 Patent (claims 1 and 14) ...............................1

     B.   "being laminated in this order" Sano '057 Patent (claims 1 and 14).......................1

III. Conclusion.................................................................................................................. 1

**I.     Introduction**

Subject to the reservations outlined herein, Defendants agree to the claim constructions proposed by Nichia. Accordingly, no disputed terms remain at issue in this case.

**II.    Claim Construction**

    **A.     "a [first/second] electrode being arranged on the [first/second] conductive type semiconductor layer"**
        **Sano '057 Patent (claims 1 and 14)**

Defendants withdraw their proposed construction and agree to Nichia's construction of this term. Defendants make no admissions, however, regarding the arguments raised in Nichia's claim construction brief or the appropriate interpretation of this construction. Further, Defendants reserve the right to rely upon statements and admissions in Nichia's brief and corresponding expert declarations to interpret the scope of this term.

    **B.     "being laminated in this order"**
        **Sano '057 Patent (claims 1 and 14)**

Defendants withdraw their proposed construction and agree to Nichia's proposal that this term be interpreted according to its plain meaning. Defendants make no admissions, however, regarding the arguments raised in Nichia's claim construction brief or the appropriate interpretation of this construction. Further, Defendants reserve the right to rely upon statements and admissions in Nichia's brief and corresponding expert declarations to interpret the scope of this term.

**III.   Conclusion**

For the reasons set forth above, and subject to the reservations detailed, Defendants agree to the claim constructions proposed by Nichia. Accordingly, no disputed terms remain at issue in this case.

Date: July 13, 2020                                       Respectfully submitted,

                                                */s/ Andrew Gish*
Andrew Gish
NOROOZI PC
1250 Broadway, 36th Floor
New York, NY 10001
(212) 328-1164

and

Ryan T. Santurri
Florida Bar No. 15698
rsanturri@allendyer.com
ALLEN, DYER, DOPPLET & GILCHRIS, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone: (407) 841-2330
Facsimile: (407) 841-2343
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on this 13th day of July 2020, I served the foregoing document by email on all counsel of record.

                  */s/ Andrew Gish*