UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICHIA CORPORATION,

    Plaintiff,

CASE NO.   6:19-cv-1334-Orl-37EJK

v.

VIVIDGRO, INC. and LIGHTING
SCIENCE GROUP CORPORATION,

    Defendants.
_____/

## MEDIATION REPORT

In accordance with Local Rule 9.06, the mediator reports that the parties mediated on November 17, and again on November 18, via Zoom, and the following occurred:

☑ All parties were present and had authority to settle the case.

The outcome of the mediation conference was:

☑ The case was neither settled nor impassed but was continued with the consent of the parties. The mediator will report on the parties' progress as negotiations continue.

Dated:  November 22, 2020

By: /s/ James M. Matulis
Jim@MatulisLaw.com
MATULIS IP LAW
Florida Bar No. 0077429
Chase Professional Park
10906 Sheldon Road
Tampa, FL 33626
813. 451.7347

## CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2020, I electronically transmitted the attached document with the United States District Court electronic case filing system, which will electronically send copies to all counsel of record.

                                                        */s/ James Matulis*
                                                          James Matulis, Esq.